## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS (Eastern Division)

| | |
|---|---|
| In re the matter of: | CASE NO. 19-01863 |
| | CHAPTER  13 |
| DEEVON R DORSEY | |
| Debtor. | JUDGE TIMOTHY A. BARNES |

### ORDER CONDITIONING STAY

This cause coming on to be heard on the motion of FLAGSHIP CREDIT ACCEPTANCE LLC to Modify the Automatic Stay in the Debtor's Chapter 13 Bankruptcy case, due notice having been given, and the Court being otherwise advised in the premises, FLAGSHIP CREDIT ACCEPTANCE LLC appears by and through its counsel, Amy Aronson.  It is hereby ordered:

IT IS SO ORDERED that the Debtor is granted a stay of execution as to the 2017 Dodge Caravan, VIN 2C4RDGCG0HR600645, as long as Debtor complies with the following terms and conditions:

1. Debtor will make all contractual payments directly to the creditor pursuant to the terms of the contract between the debtor and FLAGSHIP CREDIT ACCEPTANCE LLC.

2. Debtors will maintain full coverage insurance on said vehicle which list FLAGSHIP CREDIT ACCEPTANCE LLC AS AN ADDITONAL INSURED/LOSS PAYEE on the policy.  The deductibles must be no more than $500.00 for comprehensive and collision coverage.

3. Debtor shall repay the default of $1,400.08 and shall reimburse FLAGSHIP CREDIT ACCEPTANCE LLC attorney's fees of $495.00 and costs of $181.00 (total of $676.00) incurred in this matter.  Payment shall be made directly to FLAGSHIP CREDIT ACCEPTANCE LLC in the amount of $467.36 on

September 14, 2020 and then $536.24 per month for three (3) months beginning October 15, 2020 with a third and final payment of $536.24 due on or before December 15, 2020.

IT IS FURTHER ORDERED that if Debtor fails to make a scheduled payment in a timely manner as to paragraph one (1) above, or fail to maintain insurance on the subject vehicle pursuant to paragraph two (2) above, this creditor shall send out a notice of default and right to cure within seven (7) days. After a seven (7) day written notice of default to debtor, with regard to the first and second default only, FLAGSHIP CREDIT ACCEPTANCE LLC may proceed to enforce its state court remedies by the filing a notice of Modification of the Stay pursuant to 11 USC Sec. 362 as to FLAGSHIP CREDIT ACCEPTANCE LLC and its collateral, unless said default is cured within that seven (7) day period. An additional attorney's fee of $100.00 will be incurred for each notice of default which must be paid within said seven (7) day cure period. On the second default, creditor shall send out a notice of stay modification, without further notice to cure and shall file same with the court.

IT IS FURTHER ORDERED that if the attorney's fees as indicated in paragraph 3 are not paid on the stated schedule, with proof sent to this office, then FLAGSHIP CREDIT ACCEPTANCE LLC may proceed to enforce its state court remedies by the filing a notice of Modification of the Stay pursuant to 11 USC Sec. 362 as to FLAGSHIP CREDIT ACCEPTANCE LLC and its collateral, unless said default is cured within that seven (7) day period. An additional attorney's fee of $100.00 will be incurred for each notice of default which must be paid within said seven (7) day cure period. On the second default, creditor shall send out a notice of stay modification, without further notice to cure and shall file same with the court.

ENTER:

Dated:  10.01.2020

BANKRUPTCY JUDGE

Submitted by:
/s/ Amy A. Aronson

_____

Amy Aronson
ARONSON & WALSH, P.C.
P.O. Box 5907
Vernon Hills, IL 60061
847.247.1810
ATTORNEY FOR CREDITOR

Approved by:

Michelle Mandroiu
David H. Cutler
Cutler and Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Attorney for Deevon Dorsey