Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 19−01863
Chapter: 13
Judge: Timothy A. Barnes

In Re:
   Deevon R Dorsey
   aka Deevon R Dorsey−Green, aka Deevon
   R Green
   629 Forsythe Ave.
   Calumet City, IL 60409

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3150

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 7, 2021 Failure To Make Plan Payments.

FOR THE COURT

Dated: January 8, 2021                               <u>Jeffrey P. Allsteadt , Clerk</u>
                                                                  United States Bankruptcy Court